TENTATIVE RULING

ISSUED BY JUDGE LAURA S. TAYLOR

Debtor: MARIA PATRICIA SILVA

Number: 16-06109-LT13

Hearing: 02:00 PM Tuesday, October 2, 2018

Motion: MOTION FOR ORDER APPROVING SALE OF REAL PROPERTY AND FOR AWARD OF ATTORNEYS' FEES FILED ON BEHALF OF MARIA SILVA

This matter is off calendar. Debtor reports (Dkt. No. 84) that the proposed sale fell through and that she filed a new motion (Dkt. No. 79) on a new proposed sale. Appearances at the October 2, 2018 hearing are excused.