CSD 1001A [07/01/18]
Name, Address, Telephone No. & I.D. No.

Frank D. Walker / SBN 114592
LAW OFFICE OF FRANK D. WALKER
P.O. Box 120037
Chula Vista, CA 91912
Tel (619) 861-4350

Order Entered on
October 18, 2018
by Clerk U.S. Bankruptcy Court
Southern District of California

# UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

MARIA PATRICIA SILVA

Debtor.

BANKRUPTCY NO. 16-06109-LT13

Date of Hearing:
Time of Hearing:
Name of Judge:

## ORDER ON
### MOTION OF DEBTOR FOR AUTHORITY TO SELL REAL PROPERTY

The court orders as set forth on the continuation pages attached and numbered 2 through 2 with exhibits, if any, for a total of 2 pages. Motion/Application Docket Entry No. 79.

//
//
//
//
//
//
//

DATED: October 17, 2018

_/s/ Margaret M. Mann_

Judge, United States Bankruptcy Court

The Court has considered the motion for sale of real property and related papers filed and served by the Debtor (ECF # 79, 80 and 81). The real property which is the subject of this motion is commonly known as 3543 Dory Drive, Bonita, CA 91902-2711.(the "Real Property"). The legal description of the Real Property is as follows:

PARCEL 4 OF PARCEL MAP NO. 8659, IN THE COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO MAP THEREOF IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY, BEING A SUBDIVISION OF A PORTION OF LOTS "A" AND "D" AS SHOWN ON THE AMENDED MAP OF THE SUPPLEMENTARY MAP OF THE VILLA OF SUNNYSIDE ACCORDING TO MAP THEREOF NO. 714, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY, MAY 11, 1892.

The purchase price to be paid to Debtor for the Real Property is $660,000. The terms are all-cash, no financing.

In response to Debtor's motion, U.S. Bank Trust N.A., as Trustee of the Chalet Series III Trust ("U.S. Bankr"), filed a "Conditional Opposition" asserting that U.S. Bank is the successor to Ditech Financial LLC ("Ditech"). Ditech held a claim secured by a lien on the Real Property as of the commencement of Debtor's case. In its response, U.S. Bank averred that it did not oppose the sale of the Ral Property so long as the order approving the sale requires that its secured claim be paid in full pursuant to a payoff demand issued by U.S. Bank or its agent. No other response or opposition was filed, and the time to file opposition to Debtor's Motion and to request a hearing date has now passed.

As a result of the foregoing, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Debtor's Motion to sell is approved. The Debtor is authorized to sell the Real Property on the terms and conditions set forth in the Motion.

IT IS FURTHER ORDERED that the escrow agent shall send the sum of $2,800.00 from the sale proceeds due to the seller, Debtor Maria Patricia Silva, to the Trustee's lockbox, payable as follows:

> Thomas H. Billingslea, Jr., Chapter 13 Trustee
> P.O. Box 188
> Memphis, TN 38101-0188

The payment shall reference Debtor's name and Debtor's Chapter 13 case number.

IT IS FURTHER ORDERED that the Chapter 13 Trustee is hereby allowed to take his previaling administrative fee on any part of Ditech arrears claim (Tr Claim #4, Crt Claim #3) which is paid by or through the sale escrow. The Trustee may cease payment on on the Ditech arrears claim and that claim shall be allowed to the extent paid by the Chapter 13 Trustee.

IT IS FURTHER ORDERED that the secured claim of Ditech (TrClaim #4, CtClaim #3) be paid in full pursuant to a payoff demand issued by U.S. Bank as successor to Ditech's secured claim.

IT IS FURTHER ORDERED that the Debtor's attorney, Frank D. Walker, shall be paid guideline fees in the amount of $570 through the Chapter 13 plan, subject to available funds, for preparing this motion to sell real property.

IT IS SO ORDERED.

Approved as to form:

Thomas H. Billingslea, Jr., Chapter 13 Trustee

By: _____
Kathleen A. Cashman-Kramer, Staff Attorney

CSD 1001A

Signed by Judge Margaret M. Mann October 17, 2018